## E. M. POPE v. RAMSEY COUNTY STATE BANK. [1]

April 19, 1918.

No. 20,841.

**When appeal from judgment cannot be taken.**

Plaintiff appealed from a judgment for defendant, entered on an ex parte order directing judgment, without applying to the trial court to set aside the judgment or the order directing it. *Held*: Such application was necessary and, because it was not made, the appeal was dismissed. [Reporter.]

Upon the former appeal, reported in 137 Minn. 46, 162 N. W. 1051, from the judgment of the district court for Ramsey county in favor of plaintiff, the judgment was reversed and the case remanded. From the judgment entered in favor of defendant, plaintiff appealed. Dismissed.

*Frank McNulty*, for appellant.
*John I. Levin*, for respondent.

PER CURIAM.

A judgment in this case in favor of the plaintiff was reversed by this court. 137 Minn. 46, 162 N. W. 1051. After the case was remanded to the district court for further proceedings, defendant applied ex parte to that court for an order for judgment in favor of the defendant. This order was made, and the judgment entered. This appeal is by plaintiff from this judgment.

Plaintiff made no application to the district court to set aside the judgment or the order directing it. Application to that court for relief was necessary,

[1]Reported in 167 N. W. 280.

and the appeal must be dismissed. Gederholm v. Davies, 59 Minn. 1, 60 N. W. 676.

Appeal dismissed.